# United States Court of Appeals
## For the First Circuit

No. 20-1157

NATIONAL LABOR RELATIONS BOARD,

Petitioner,

v.

WANG THEATRE, INC.,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on November 30, 2020, is amended as follows:

Replace the word "Julliard" with "Juilliard" everywhere that it appears.

Replace the word "Annie" with "<u>Annie</u>" everywhere that it appears.

Replace the phrase "White Christmas" with "<u>White Christmas</u>" everywhere that it appears.

Replace the word "Elf" with "<u>Elf</u>" everywhere that it appears.

Replace the phrase "Wizard of Oz" with "<u>Wizard of Oz</u>" everywhere that it appears.

On page 6, line7, replace ". . . ." with ". . ."

On page 6, line 21, delete the word "the" between "that" and "she"

On page 7, lines 7-11, format the quotation as a block quote.

On page 7, note 2, line 4, add "(a)(5)" after "29 U.S.C. § 158".

On page 8, line 10, replace "NRLB's" with "NLRB's".

On page 8, lines 14-20, format the quotation as a block quote.

On page 9, line 5, insert a comma after "Hy-Brand Industrial Contractors, Ltd., 365 N.L.R.B. No. 156 (2017)".

On page 10, line 4, replace "(e),(f)" with "(e)-(f)".

On page 10, lines 4, 9, and 16, replace "Yesterday's Children, Inc." with "Yesterday's Child., Inc.".

On page 11, lines 3-4, replace "(citing 29 U.S.C. § 160 . . .)" with "(first citing 29 U.S.C. § 160(e)-(f), then citing Yesterday's Child., Inc. . . .)".

On page 10, line 7, delete the comma after "Telemundo de P.R., Inc."

On page 10, line 11, replace "Posadas de P.R. Associates, Inc." with "Posadas de P.R. Assocs., Inc.".

On page 10, line 13, replace "Int'l Broth. Of Teamsters," with "Int'l Brotherhood of Teamsters,".

On page 10, line 19, replace "Medical Center" with "Medical Ctr.".

On page 11, note 4, replace "Yesterday's Children, Inc." with "Yesterday's Child., Inc.".

On page 11, note 4, replace "Posadas de P.R. Associates, Inc." with "Posadas de P.R. Assocs., Inc.".

On page 12, line 1, replace "Foreign Car Center, Inc." with "Foreign Car Ctr., Inc."

On page 12, line 6, replace "Westinghouse Electric Corp." with "Westinghouse Elec. Corp."

On page 13, line 6, replace "comprising of" with "comprised of" and delete the word "of" between "employees" and "who".

On page 13, lines 8-9, format the ellipses so that each of the periods appear on the same line.

On page 16, line 8, replace "stage-hands" with "stage hands".

On page 17, lines 4-10, format the quotation as a block quote.

On page 17, lines 11-12, replace "Wadsworth Theatre Mgmt., 349 N.L.R.B. 122, 123 (2007) with "Wadsworth Theatre Management, 349 N.L.R.B. 122, 123 (2007),".

On page 18, line 8, replace "stagehands" with "stage hands".

On page 19, line 6, replace "special circumstances" with "special circumstance[]".

On page 19, line 13, add the word "the" before "entertainment "industry".

On page 20, line 11, "Medical Center" with "Medical Ctr.".

On page 21, line 10, replace "Respondent" with "respondent".